IN THE SUPREME COURT OF THE STATE OF NEVADA

BENSON D. MCGANN,
               Appellant,

vs.

CHRISTELLE NGOUA AVOMO,
               Respondent.

No. 79077

**FILED**

AUG 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David S. Gibson, Jr., District Judge
       Ara Shirinian, Settlement Judge
       Radford J. Smith, Chartered
       The Law Offices of Patrick Driscoll, LLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-30571